COMPLAINT 23 CV 259 JDP

I filing this complaint in the western district Federal court. The jurisdiction is Jefferson county, the city or venue being that of Waterloo Wisconsin. I am filing this lawsuit for a Violation of my first amendment in case 2020FO000301 WHERE Sergeant Thom of Waterloo police traffic stopped me and issued me a ticket for alleged "racial slurs directed towards someone in his community". I recorded the interaction later appeared via zoom and played the recording for the judge whom ruled that my comments were **ACTUALLY Not directed towards anyone person but rather part of my documentary of the culture in the city of Waterloo, a documentary that was video capturing the cultural relics.**

The judge ruled I was not guilty dismissing the Sergeant's LIES since my video proved it.

I am now suing this un-constitutionally trained ape in a civil actione. I was raped/ violated in Waterloo by him and seeking punitive damages . I suffered PTSD and was medically treated as His **UNLAWFULL TRAFFIC STOP** caused me undue emotional duress. Exhibit #1 is the recorded traffic stop with a time duration of about 6 minutes. Exhibit #2 is the Video recording of the alleged interaction with a 'victim' named Ina Beverly . The time duration of the interaction was about 1 minute. Exhibit #3 is the zoom trial , a bench trial by Judge Brian Hartley where the Judge dismissed the case based on my video evidence. I am seeking punitive damages and that Sergeant Thom be re-trained in the u.s Constitution.

I also am filing the form to have fees waived due to indigency.

I am requesting a BENCH DEMAND or trial by King / Queen . ( not a JURY DEMAND) which would consume un-needed time and resources, as my video evidence is strong enough to present to a judge again .

Randin Divelbiss

1302 Huxley st.

Madison , WI, 53704

x _____    April 4th 2023

03/23/2023