IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDIN DIVELBISS,

    Plaintiff,

v.

                              Case No.  23-cv-259-jdp

SERGEANT THOM,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against plaintiff dismissing this case for failure to prosecute.

/s/ Deputy Clerk                                      04/15/2024

Joel Turner, Clerk of Court                      Date